**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DANIEL PATRICK SHEEHAN,** | : | **CIVIL ACTION NO. 1:21-CV-1147** |
| | : | |
| **Petitioner** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **WARDEN ALLENWOOD-LOW,** | : | |
| | : | |
| **Respondent** | : | |

## ORDER

AND NOW, this 30th day of July, 2021, upon consideration of the petition for

writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1), and for the reasons

set forth in the accompanying Memorandum, it is hereby ORDERED that:

1.  The petition for writ of habeas corpus (Doc. 1) is DISMISSED for lack
    of jurisdiction.

2.  The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania