# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL PATRICK SHEEHAN,** | : CIVIL ACTION NO. 1:21-CV-1147 |
| Petitioner | : (Judge Conner) |
| v. | : |
| **WARDEN ALLENWOOD-LOW,** | : |
| Respondent | : |

## ORDER

AND NOW, this 9th day of June, 2022, upon consideration of petitioner's motion (Doc. 13) for relief from judgment, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion (Doc. 13) is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania